*Wednesday, January 20, 1993*
## MERIT DOCKET

**92–995.** State ex rel. Gampfer v. Wilkinson. *Franklin County,* No. 91AP–809. On request for oral argument. Request denied and cause dismissed as moot.

MOYER, C.J., A.W. SWEENEY, DOUGLAS and WRIGHT, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., would deny the request.

PFEIFER, J., would grant the request.

**92–1984.** Jackson v. Tenth Dist. Court of Appeals. In Mandamus. On motion to reconsider denial of summary judgment. *Sua sponte,* cause dismissed as moot.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

PFEIFER, J., dissents.

F.E. SWEENEY, J., not participating.

**92–2214.** State ex rel. D'Ambrosio v. Higgins. In Mandamus. On answer of respondent and request for dismissal. Request for dismissal sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2340.** State ex rel. Scales v. First App. Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2385.** Fasbender v. Deters. In Prohibition. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.